Form a0ogrffy

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202−4133

In Re: Christopher Lee Carroll
       Christine Marie Carroll

       Debtor(s)

SSN/TAX ID:
   xxx−xx−0779
   xxx−xx−9201

Case No.: 1:10−bk−18254

Chapter: 7

Judge: J. Vincent Aug Jr.

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The Debtor having applied for authority to pay the filing fee in installments, it is ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$29.00 remitted with application;

$90.00 on or before 1/16/2011;

$90.00 on or before 2/25/2011;

$90.00 on or before 4/5/2011.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated: December 7, 2010

J. Vincent Aug Jr.
United States Bankruptcy Judge

Copies to:
   Debtor(s)
   Debtor's(s') Attorney
   Trustee
   U.S. Trustee