Form a0nclose

# United States Bankruptcy Court
## Southern District of Ohio
### 221 East Fourth Street, Suite 800
### Cincinnati, OH 45202−4133

---

In Re: Christopher Lee Carroll
     Christine Marie Carroll
         Debtor(s)
SSN/TAX ID:
    xxx−xx−0779
    xxx−xx−9201

Case No.: 1:10−bk−18254

Chapter: 7

Judge: Beth A. Buchanan

---

## Notice of Status of Case

The above captioned case cannot be discharged and/or closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☐ Final Account (and Closing Certification, if applicable) Needed

☐ Pending Motion(s) / Application(s):

☑ Other: TO: E. Hanlin Bavely, Trustee − The Subject Debtors Were Dismissed By Order Issued On January 25, 2011. Will You Please File Your Report Of No Distribution So The Case Can Proceed To Closing.

Dated: October 7, 2011

                                          FOR THE COURT:
                                          Kenneth Jordan
                                          Clerk, U.S. Bankruptcy Court